# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (631) 247-4614
MY EMAIL ADDRESS IS: JEFFREY.SCHLOSSBERG@JACKSONLEWIS.COM

March 3, 2020

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re: Zorn-Hill, et al. v. A2B Taxi LLC, et al.
Case No. 7:19-cv-01058-KMK

Dear Judge Karas:

We are counsel for Defendants in the above-referenced action and write, with the consent of counsel for Plaintiff, to request an adjournment of the case management conference presently scheduled for March 10, 2020 at 10:30 a.m. The reason for the request is that the parties are scheduled to attend a mediation in this matter on March 30, 2020. We, therefore, request that the conference be rescheduled for a date after the mediation. This is the parties' first request for an adjournment of the case management conference.

We remain available should Your Honor require additional information.

Respectfully submitted,

JACKSON LEWIS P.C.

Jeffrey M. Schlossberg

JMS/HCH
cc: Counsel of Record (via ECF)

4851-4757-5734, v. 1

*Granted - The conference is moved to 4/17/20, at 10:30*
*So Ordered*
*KMK 3/4/20*