

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
Tel 631-247-0404
Fax 631-247-0417
www.jacksonlewis.com

| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
|---|---|---|---|
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (631) 247-4614
MY EMAIL ADDRESS IS: JEFFREY.SCHLOSSBERG@JACKSONLEWIS.COM

July 17, 2020

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re:   Zorn-Hill, et al. v. A2B Taxi LLC, et al.
      Case No. 7:19-cv-01058-KMK

Dear Judge Karas:

We represent the Defendants in the above-referenced action and write jointly with counsel for Plaintiff to inform the Court that the parties have reached a settlement in principal and are preparing settlement documents and their FLSA fairness submission pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d. Cir. 2015). As the parties are in the early stages of preparing their submission to the Court, the parties respectfully request that the telephone status conference presently scheduled for July 21, 2020 at 10:30 a.m. be adjourned to allow the parties time to finalize their submission. This is the parties' first request for an adjournment of this status conference.

Counsel for both parties remain available should your honor require additional information.

Granted.

The Cheeks submission is due 8/7/20.

So Ordered.

*[signature]*
7/17/20

Respectfully submitted,

JACKSON LEWIS P.C.

s/

Jeffrey M. Schlossberg

JMS/laf
cc:   Counsel of Record (via ECF)