# Charny & Wheeler P.C.
### Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
Russell G. Wheeler
Benjamin N. Dictor
Amanda N. Miller

9 West Market Street
Rhinebeck, New York 12572
Tel: 845-876-7500
Fax: 845-876-7501

October 12, 2020

<u>By ECF</u>
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: <u>Zorn-Hill, et al. v. A2B Taxi LLC, et al.</u>, 19-cv-01058 (KMK)
<u>Hunlock, et al. v. A2B Taxi LLC, et al.</u>, 18-cv-11165 (KMK)

Dear Judge Karas:

This office represents the Plaintiffs in the above two matters. Note that this submission is being filed on ECF in both matters.

Further to your recent Orders (Zorn-Hill Dkt. 78; Hunlock Dkt. 17) rejecting approval of the settlement agreement in these FLSA actions, with leave to renew, please find attached the revised settlement agreements. The Court's recent Order approved the parties' settlement agreements in these two matters in all respects, except found that the limitations on use of social media were too broad. The Parties have negotiated what I propose is a sufficient edit to that section, to wit, that the Plaintiffs are no longer prohibited from posting on social media. In particular the following section of the proposed settlement agreements (Section 2(e)) is revised as follows (deletions in strike through and additions in underline):

> Plaintiffs as to the Defendants and Trevonne Gilliard and Everald Gilliard as to Plaintiffs agree not to say or publicize things that are insulting or disparaging about the other Party. Each of the parties are free to make truthful statements about their experience litigating their case (except as to statements made at the confidential mediation held on July 9, 2020). Notwithstanding the foregoing, Plaintiffs, on behalf of themselves and their counsel, agree not to take affirmative steps to contact the media ~~or utilize social media~~ to publicize this Agreement or its terms. If contacted by the media <u>or posting on social media</u> regarding this Agreement, Plaintiffs and Plaintiffs' counsel are free to make truthful statements about their experience litigating their case.

The Parties hereby submit these revised agreements, seeking the Court's approval of the settlement agreements in their entirety.

Hon. Kenneth M. Karas
October 12, 2020
Page 2

                                             Respectfully submitted:

                                             Nathaniel K. Charny

Attachment

cc:      All Counsel (by ECF)